# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Global Connect Technology, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Costco Wholesale Corporation, <br><br> Defendant. | Civil Action No.: 2:24-cv-649 |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Costco Wholesale Corporation ("Costco") hereby moves this Court for an order extending the time for Costco to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement (Dkt. No. 1) ("Plaintiff's Complaint"). In support of this Motion, Defendant states as follows:

1. On August 8, 2024, Plaintiff filed Plaintiff's Complaint, naming Costco as the sole defendant (Dkt. No. 1). Costco was served with Plaintiff's Complaint on December 4, 2024 (Dkt. No. 4).

2. On December 19, 2024, Costco filed an Unopposed Application for Extension of Time to Answer Complaint requesting to extend the deadline to respond to Plaintiff's Complaint until February 7, 2025, which was granted the same day (Dkt. Nos. 5 & 6).

3. The parties are actively pursuing settlement discussions, and Costco respectfully requests an additional extension of time such that Costco shall answer or otherwise respond to

Plaintiff's Complaint on or before February 21, 2025. This extension of time will facilitate further settlement discussions, which may conserve Court resources if settlement discussions result in a resolution of this matter. The undersigned has conferred with counsel for Plaintiff, and Plaintiff does not oppose the present Motion.

    Accordingly, Costco respectfully requests that the Court enter an order providing that Costco's response in this case shall be due on or before February 21, 2025. A proposed order is attached.

Respectfully submitted,

Dorsey & Whitney LLP

By: /s/ Case Collard
    Case Collard (Colorado Bar No. 40692)
    1400 Wewatta Street, Suite 400
    Denver, CO 80202
    (303) 629-3400

*Attorneys for Defendant*

DATED: February 5, 2025

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 5, 2025 to all current and/or opposing counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

Dated: February 5, 2025

      /s/ Stacy Starr
      Dorsey & Whitney LLP

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies Defendant has complied with the meet and confer requirement set forth in Local Rule CV-7(h) by discussing this Motion with counsel for Plaintiff, Global Connect Technology, Inc. Plaintiff agrees to the relief requested in this Motion.

Dated: February 5, 2025

      /s/ Case Collard
      Dorsey & Whitney LLP